UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-80849-CIV-COHN/SELTZER

HOWARD COHAN,

    Plaintiff,

vs.

THE DUBLINER OF BOCA RATON, INC., etc.,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 10]. Plaintiff dismisses this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Accordingly, the Clerk of Court is hereby directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of August, 2015.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.